UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DIANE HURLEY,**       )<br>                        )<br>   Plaintiff,          )<br>                        )<br>v.                      )<br>                        )   Civil Action No. 04-11891-RCL<br>**RANGELEY LAKE RESORT**  )<br>**DEVELOPMENT CO., LLC, PAUL PECK** )<br>**& PERRY D. WILLIAMS,**  )<br>                        )<br>   Defendants.         ) | |

## JOINT STATEMENT

NOW COME the Plaintiff, Diane Hurley, and the Defendants, Rangeley Lake Resort Development Co., LLC, Paul Peck, and Perry D. Williams, by and through their undersigned counsel, and, pursuant to the Court's Notice of Scheduling Conference, submit the following Joint Statement in advance of the Scheduling Conference scheduled for February 9, 2005.

**I.    PROPOSED AGENDA OF MATTERS TO BE DISCUSSED AT SCHEDULING CONFERENCE**

- Rule 12 Issues/Motions Defendants request
- Possible ADR
- Proposed Scheduling Order
- Trial by Magistrate
- Possible Consolidation/Arbitration with <u>KEVIN HURLEY v. RANGELEY LAKE DEVELOPMENT, et al</u>, Civil Action No. 04-11892 NG

**II.   SETTLEMENT POSSIBILITIES**

The parties are exploring the possibility of settlement, however, they are constrained by the above-referenced companion case.

992128.1

**III.   THE PARTIES' POSITIONS**

Plaintiff brings her Complaint against Defendants for Breach of Contract, Intentional Infliction of Emotional Distress, violation of their duties of good faith and fair dealing, Detrimental Reliance, Wrongful Termination, Discrimination, Misrepresentation and other violations of the constitutions and laws of Maine, New Hampshire, Massachusetts, and the United States of America.  Plaintiff alleges that the Defendants engaged in acts of sexual harassment, sexual and other discrimination regarding Plaintiff and others, who sought relief from the Plaintiff, which resulted in actions by the Defendants giving rise to the above claims.

Although the Defendants contest the merits of the Plaintiff's claims, they believe that the Plaintiff's Complaint suffers from several fatal procedural flaws requiring dismissal of the Complaint long before the merits of the Plaintiff's claims are considered.  Specifically, the Defendants believe that:  (1) this Court lacks personal jurisdiction over them because they do not have minimum contacts with the Commonwealth of Massachusetts; (2) venue is improper in this District pursuant to 28 U.S.C. § 1391(b)-(c) insofar as none of the Defendants resides in this District, none of the alleged actions giving rise to the claims occurred in this District, and none of the Defendants is subject to personal jurisdiction in this District; and (3) the Plaintiff has not named the proper defendant, in any event.

**IV.   PROPOSED PRETRIAL SCHEDULE**

1.   Possible Rule 12 Motions by April 8, 2005.

2.   The parties agree that Initial Disclosures be completed on or before March 31, 2005.

3.   Status Conference regarding discovery and deposition schedule if necessary.

4. Discovery, including Interrogatories, Requests for Production of documents and depositions to be completed by September 30, 2005.

5. Status/pretrial conference November 15, 2005.

6. Expert designations filed by December 15, 2005.

7. Expert depositions be completed by April 30, 2006

8. Dispositive motions filed by June 30, 2006.

9. Responses to dispositive motions filed by July 31, 2006.

10. The parties jointly request that the Court schedule oral argument on the motion(s) as soon as practicable after the motions are filed.

11. Final Pre-trial conference September 15, 2006.

12. Trial November 30, 2006.

## VI.  TRIAL BY MAGISTRATE JUDGE

The parties do not consent to a trial by magistrate judge.

## V.  CERTIFICATIONS

The parties request that the certifications be delayed until a determination regarding the consolidation of this case with a companion case filed contemporaneously with and arising out of the actions of the same defendants having similar and exclusive claims can be made.

Dated:  February 2, 2005

/s/ Richard C. Chambers, Jr.
_____
Richard C. Chambers, Jr., BBO# 651251
CHAMBERS LAW OFFICES
855R Broadway, Suite 101
Saugus, MA 01906
Tel: (781) 231-9432
Cull67@aol.com

3

992128.1

/s/ Paul L. Kenny

_____

Paul L. Kenny, BBO# 268820
42 High Street
Medford, MA 02155
Tel: (781) 396-6603
Mma63@msn.com

Attorneys for Plaintiff


/s/ Roy T. Pierce

_____

Roy T. Pierce, BBO# 562811
PRETI, FLAHERTY, BELIVEAU,
PACHIOS & HALEY, LLP
One City Center
P.O. Box 9546
Portland, ME  04112-9546
Tel:  (207) 791-3000
Fax:  (207) 791-3111
rpierce@preti.com

Attorney for Defendants