UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DIANE HURLEY**, <br><br> Plaintiff, <br><br> v. <br><br> **RANGELEY LAKE DEVELOPMENT CO., LLC; PAUL PECK; & PERRY D. WILLIAMS,** <br><br> Defendants. | Civil Action No. 04-11891-RCL <br><br> **FIRST AFFIDAVIT OF PERRY D. WILLIAMS** <br><br> (SUBMITTED IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS) |

I, Perry D. Williams, having been duly sworn, depose and state as follows:

1. I am a resident of Maine.

2. My primary occupation is as a developer. I do not practice my occupation in Massachusetts.

3. I have an office in Maine. I have no office in Massachusetts, nor do I own any property in Massachusetts.

4. I have only random, isolated, fortuitous contacts with Massachusetts, such as attendance at Red Sox games, trips out of Logan Airport, and other such contacts.

5. At all times and in all actions relevant to this case, I was acting as an agent of Rangeley Lake Vacation Club, LLC ("RLVC").

6. Named Defendant Rangeley Lake Development Co., LLC, does not exist, as far as I know.

7. Rangeley Lake *Resort* Development Company is a Maine Limited Liability Company with offices in Portland, Maine. This entity had nothing to do with any of the allegations in the Complaint.

8. I am the Manager of Rangeley Lake Resort Development Company.

9. Rangeley Lake Resort Development Company is not licensed or registered to do business in Massachusetts and has never transacted any business in Massachusetts.

10. Rangeley Lake Resort Development Company brokers time-share estates located in Rangeley, Maine, so its revenue results from services rendered in Maine only.

11. Rangeley Lake Resort Development Company is domiciled in Maine and has no office or property in Massachusetts.

12. The entity that used Plaintiffs' services for several weeks in the fall of 2003 is Rangeley Lake Vacation Club, LLC ("RLVC"), which is a New Hampshire Limited Liability Company with offices in New Hampshire.

13. I am the Manager of RLVC.

14. RLVC is a New Hampshire Limited Liability Company, with offices in New Hampshire.

15. RLVC is not licensed or registered to do business in Massachusetts.

16. RLVC has never transacted any business in Massachusetts.

17. RLVC brokers time-share estates located in Rangeley, Maine, so its revenue results from services rendered in New Hampshire and Maine only.

18. RLVC is domiciled in New Hampshire.

19. RLVC has no office or other physical property in Massachusetts.

20. To my knowledge, RLVC has no purposeful contacts with Massachusetts. In fact, RLVC was organized specifically to carry on business in New Hampshire only.

1016095.1

Dated at Portland, Maine, this 22nd day of April, 2005.

Respectfully Submitted,

/s/ Perry D. Williams_____
Perry D. Williams

STATE OF MAINE                                                  April 22, 2005
Cumberland, SS

    Personally appeared before me the above-named Perry D. Williams, in his individual capacity and in his capacities as Manager of Rangeley Lake Vacation Club, LLC, and Manager of Rangeley Lake Resort Development Company, LLC, and made oath that the foregoing statements made by him are true to the best of his knowledge, information, and belief, and to the extent that such statements are based upon information and belief, he believes them to be true.

Before me,

/s/  Holly Peacock

Holly Peacock, Notary Public

My Commission Expires:  06/2011

1016095.1