## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DIANE HURLEY**, <br><br> Plaintiff, <br><br> v. <br><br> **RANGELEY LAKE DEVELOPMENT CO., LLC; PAUL PECK; & PERRY D. WILLIAMS**, <br><br> Defendants. | Civil Action No. 04-11891-RCL <br><br> **FIRST AFFIDAVIT OF PAUL E. PECK** <br><br> (SUBMITTED IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS) |

I, Paul E. Peck, having been duly sworn, depose and state as follows:

1. I am a resident of Maine.

2. My primary occupation is as an attorney.

3. I am licensed to practice law in Maine, not in Massachusetts.

4. I have an office in Maine, not in Massachusetts.

5. I own no property in Massachusetts.

6. I have only random, isolated, fortuitous contacts with Massachusetts, such as attendance at Red Sox games, trips out of Logan Airport, and other such contacts.

7. I am a Member of Rangeley Lake Vacation Club, LLC ("RLVC").

8. At all times and in all actions relevant to this case, I was acting as an agent of RLVC.

1016072.1

Dated at Portland, Maine, this 25th day of April, 2005.

    /s/ Paul E. Peck
Paul E. Peck

STATE OF MAINE                  April 25, 2005
CUMBERLAND, SS

    Personally appeared before me the above-named Paul E. Peck and made oath that the foregoing statements made by him are true to the best of his knowledge, information, and belief, and to the extent that such statements are based upon information and belief, he believes them to be true.

Before me,

/s/ Janice R. Brodeur

Janice R. Brodeur, Notary Public

My Commission Expires:  January 30, 2010

1016072.1