# UNITED STATES DISTRICT COURT
### District of Massachusetts

| | |
|---|---|
| **DIANE HURLEY,**<br>    Plaintiff<br><br>v.<br><br>**RANGELEY LAKE DEVELOPMENT CO., LLC, PAUL PECK & PERRY D. WILLIAMS,**<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     **CIVIL ACTION NO. 04-11891-RCL** |

### ASSENTED TO MOTION TO CONTINUE AND ENLARGE TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

NOW COMES the Plaintiff in the above captioned matter and respectfully requests that this Honorable Court enlarge the time for the Plaintiff to file her opposition to Defendants' Amended Motion to Dismiss from May 17, 2005 to May 23, 2005.

As good cause and reasons therefore, the Plaintiff states:

1. The Defendants filed their Amended Motion to Dismiss, Pursuant to Fed.R.Civ.P. 12(b)(2), 12(b)(3), and 12(b)(6) electronically using the CM/ECF system on May 3, 2005.

2. Pursuant to Local Rule 7.1 the Plaintiff's Opposition is due on May 17, 2005.

3. The Plaintiff was in the State of Florida and unable to meet in person with counsel to discuss the motion to dismiss until May 14, 2005.

4. Among client meetings and other general practice issues, Plaintiff's counsel has had the following matters and deadlines between the time of receiving Defendants' Amended Motion and the date for filing an opposition:

    a. On May 4, 2005, a conference in the matters of <u>Keefe v. LaFace</u>, Middlesex Superior Court, Docket No. MICV2003-05096, and <u>Workers' Compensation Trust Fund v. LaFace</u>, Suffolk Superior Court, Docket No. SUCV2003-02789.

    b. A Brief due by May 12, 2005 to the Appeals Court of Massachusetts in <u>Crivello, et al. v. All-Pak Machinery Systems, Inc. and Pacemaker Packaging Corp.</u>, Docket No. 04-P-0799.

1

In addition, during this timeframe, Plaintiff's counsel, Richard C. Chambers, Jr., individually had several pretrial, status, and surrender hearings[1] **in addition to two jury trials** scheduled in the matters of Commonwealth v. Silva, Cambridge Jury Session, Docket No. 0450CR000741 on May 9, 2005, and Commonwealth v. Avola, Lawrence District Court, Docket No. 0418CR003325 on May 16, 2005. And, as of this date he is home feeling ill.

5.

Plaintiff's counsel, Paul L. Kenny, suffered an illness in the family, which required a substantial amo

6. As the Defendants have assented to this motion and the continuance requested is less than a week, Plaintiff asserts that no party will be prejudiced. The Plaintiff and her counsel understand and fully acknowledges the time constraints imposed by the United States District Court, District of Massachusetts in order to promote expeditious resolution of matters and to ensure an efficient court system. However, the Plaintiff asserts the foregoing represents sufficient good cause in accordance with Local Rule 403, et seq., to warrant a continuance and enlargement of time to file Plaintiff's Opposition to Defendants' Amended Motion to Dismiss.

                                                                             RESPECTFULLY SUBMITTED,
                                                                             DIANE HURLEY
                                                                             By her attorneys,

**Dated:** May 17, 2005                    /s/ Richard C. Chambers, Jr._____
                                             Richard C. Chambers, Jr.
                                             BBO#651251
                                                Chambers Law Offices
                                  855R Broadway, Suite 101
                                         Saugus, MA 01906
                                         Tel: (781) 231-9432
                                            rchamberslaw@aol.com
                                            evan@chamberslawoffice.com

                                                           - and -

---

[1] (i.e. Commonwealth v. Marciano, Lynn Court, Docket Nos. DL04Y1104, DL04Y1105 on May 5, 2005; Commonwealth v. Domohowski, Gloucester District Court, Docket No.0439CR000785 on May 6, 2005; Commonwealth v. Marcellus, Roxbury District Court, Docket No. 0502CR001523 on May 12, 2005; Commonwealth v. Serret, Peabody District Court, Docket No. 0486CR001864 on May 13, 2005)

|  |  |
|---|---|
| Paul L. Kenny | /s/ Paul L. Kenny_____ <br><br> BBO# 268820 <br> 42 High Street <br> Medford, MA 02155 <br> Tel: (781) 393-6603 <br> Mma63@msn.com |

*ASSENTED TO:*

/s/ Roy T. Pierce (with approval)
Roy T. Pierce
BBO# 562811
PRETI, FLAHERTY, BELIVEAU, PACHIOS & HALEY, LLP
One City Center, P.O. Box. 9546
Portland, ME 04112-9546
rpierce@preti.com

## CERTIFICATE OF SERVICE

 I, Richard C. Chambers, Jr., hereby certify that a true copy of the foregoing document was served upon Roy T. Pierce, attorney of record for the Defendants, by facsimile at 207-791-3111, and first class mail, postage prepaid to said counsel at: PRETI, FLAHERTY, BELIVEAU, PACHIOS & HALEY, LLP, One City Center, P.O. Box 9546, Portland, ME 04112-9546.

|  |  |
|---|---|
| **Dated:** May 17, 2005 | /s/ Richard C. Chambers, Jr. <br> Richard C. Chambers, Jr. |