UNITED STATES DISTRICT COURT
District of Massachusetts

| | |
|---|---|
| DIANE HURLEY, <br> Plaintiff <br><br> v. <br><br> RANGELEY LAKE DEVELOPMENT <br> CO., LLC, PAUL PECK & PERRY D. <br> WILLIAMS, <br> Defendants | CIVIL ACTION NO. 04-11891-RCL |

**AFFIDAVIT OF CHARLES MATHISON**
**(SUBMITTED IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN**
**OPPOSITION TO DEFENDANTS' MOTION TO DISMISS)**

I, Charles Mathison, do hereby depose and say of my own personal knowledge that:

1.   I am a resident of Massachusetts.

2.   My primary occupation was and is as a consultant d/b/a Vacation Time Group, with respect to timeshare sales and marketing.

3.   I maintain an office at my home in Hathorne, Massachusetts.

4.   I worked for the Defendants from sometime in or about October, 2003 to sometime late in February, 2004.

5.   Prior to and while working for the Defendants I was a resident of Massachusetts.

6.   The Defendants main sales objective was to target residents of Massachusetts. I was hired, due to my knowledge of the Massachusetts market as well as my general sales and marketing background in the industry.

7. In fact, I was instructed by the Defendants, their agents, and/or representatives, to work with them on their campaign of heavily targeting Massachusetts residents, enticing them to travel to New Hampshire to attend timeshare presentations.

8. We specifically offered potential Massachusetts clients, that traveled to the Salem New Hampshire office for sales presentations, free weekends (3 days and 2 nights) and/or day trips to a Cape Cod resort located in the Hyannis area, and/or another Massachusetts resort location.

9. I was told, knew, and personally observed that approximately fifty-five percent (55%) of the Defendants' timeshare sales were to Massachusetts residents.

Signed under the pains and penalties of perjury this twenty-first (21st) day of May, 2005.

_____
CHARLES MATHISON