# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**DIANE HURLEY**,

Plaintiff,

v.

**RANGELEY LAKE DEVELOPMENT CO., LLC; PAUL PECK; & PERRY D. WILLIAMS,**

Defendants.

Civil Action No. 04-11891-RCL

**DEFENDANTS' MOTION FOR LEAVE TO FILE BRIEF IN REPLY TO OPPOSITION TO MOTION TO DISMISS WITH INCORPORATED MEMORANDUM OF LAW**

Defendants Rangeley Lake Development Co., LLC, Paul E. Peck, and Perry D. Williams, pursuant to Local Rule 7.1(B)(3), move this Court for leave to file a brief in reply to Plaintiff's Opposition to Defendants' Motion to Dismiss, stating as follows:

1.     On May 3, 2005, Defendants filed a Motion to Dismiss in the above-captioned case, pursuant to Rules 12(b)(1), 12(b)(3), and 12(b)(6).

2.     On May 23, 2005, Plaintiffs filed a brief in opposition to the May 3 Motion ("Opposition").

3.     Although the Opposition was filed on May 23rd, it was not posted on the ECF system until the 25th, so Defendants did not receive notice of its having been filed until that time.

4.     With their Opposition, Plaintiffs filed three Affidavits with, collectively, approximately 80 statements of fact.

5.     Most of these 80 statements of fact are completely new allegations related to Defendants' alleged contacts with Massachusetts that were not alleged in the Complaint and of which Defendants have had no notice.

1027856.1

6.      Defendants were not able to address these allegations in their Motion to Dismiss, as Plaintiffs did not include the allegations in the Complaint.

7.      Without the opportunity to file a reply brief, Defendants would be unable to address these allegations, nor to bring to the Court's attention any authorities that would have considered cases with allegations similar to Plaintiffs' new allegations.

8.      Defendants will limit their reply brief to ten (10) double-spaced pages and will file the brief within ten (10) days of being granted leave to do so.

WHEREFORE, Defendants respectfully request this Court's leave to file a brief in reply to Plaintiff's Opposition to Defendants' Motion to Dismiss.

Dated:  June 3, 2005

Respectfully submitted,

/s/ Roy T. Pierce
Roy T. Pierce, BBO# 562811
Attorney for Defendants

PRETI, FLAHERTY
One City Center, P. O. Box 9546
Portland, ME  04112-9546
(207) 791-3000
rpierce@preti.com

### LOCAL RULE 7.1(A)(2) CERTIFICATE

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel certifies that he has conferred with Plaintiffs' Counsel, Richard C. Chambers, Esq., in a good-faith attempt to resolve or narrow the issues presented in this motion.

Dated:  June 3, 2005

/s/ Roy T. Pierce
Roy T. Pierce, BBO# 562811
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**PAUL L. KENNY, ESQUIRE**

mma63@msn.com

**RICHARD C. CHAMBERS, JR., ESQUIRE**

evan@chamberslawoffice.com

/s/ Roy T. Pierce
Roy T. Pierce
PRETI, FLAHERTY, BELIVEAU, PACHIOS &
HALEY, LLP
One City Center
P.O. Box 9546
Portland, ME  04112-9546
Tel: (207) 791-3000
Fax: (207) 791-3111

1027856.1