UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANE HURLEY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | )   Civil Action No. 04-11891-RCL |
| RANGELEY LAKE RESORT | ) |
| DEVELOPMENT CO., LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), Defendants and their counsel certify that they have conferred:

1. With a view to establishing a budget of the costs of conducting the full course – and various alternative courses – of the litigation; and

2. To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: April 19, 2006

/s/ Roy T. Pierce
_____
Roy T. Pierce, BBO# 562811
PRETI, FLAHERTY, BELIVEAU,
PACHIOS & HALEY, LLP
One City Center
P.O. Box 9546
Portland, ME  04112-9546
Tel:  (207) 791-3000
Fax:  (207) 791-3111
rpierce@preti.com

992118.1

2

RANGELEY LAKE RESORT DEVELOPMENT CO., LLC

By: /s/ Perry D. Williams
_____
Its: Manager

RANGELEY LAKE VACATION CLUB, LLC

By: /s/ Perry D. Williams
_____
Its: Manager

992118.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 19, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

RICHARD C. CHAMBERS, JR., ESQ.
richard@chamberslawoffice.com

PAUL L. KENNY, ESQ.
mma63@msn.com

/s/ Roy T. Pierce
Roy T. Pierce, BBO # 562811
PRETI, FLAHERTY, BELIVEAU,
PACHIOS & HALEY, LLP
One City Center
P.O. Box 9546
Portland, ME  04112-9546
Tel: (207) 791-3000
Fax: (207) 791-3111
rpierce@preti.com

992118.1