UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANE HURLEY, et al., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>RANGELEY LAKE RESORT )<br>DEVELOPMENT CO., LLC, et al., )<br>)<br>    Defendants. ) | Civil Action No. 04-11891-RCL |

## JOINT STATEMENT

NOW COME the Plaintiffs, Diane Hurley and Kevin Hurley, and the Defendants, Rangeley Lake Resort Development Co. ("RLRDC") and Rangeley Lake Vacation Club, LLC ("RLVC"), by and through their undersigned counsel, and, pursuant to the Court's Notice of Scheduling Conference, submit the following Joint Statement in advance of the Scheduling Conference scheduled for April 26, 2006.

**I.    PROPOSED AGENDA OF MATTERS TO BE DISCUSSED AT SCHEDULING CONFERENCE**

- Possible ADR
- Proposed Scheduling Order
- Trial by Magistrate

**II.    SETTLEMENT POSSIBILITIES**

The parties are exploring the possibility of settlement. . On March 20, 2006, in accordance with the Court's Notice of Scheduling Conference, the Plaintiffs tendered a written settlement proposal of $57,000.00, with a suggested apportionment of $22,000.00 for Plaintiff Diane Hurley and $35,000.00 for Plaintiff Kevin Hurley.

1111728.1

**III.    PROCEDURAL POSTURE OF THIS CASE**

This action was originally filed as two separate actions.  The first action, Civil Action No. 04-11891-RCL, involved Diane Hurley's claims against RLRDC, Paul Peck, and Perry D. Williams for breach of contract, Intentional Infliction of Emotional Distress ("IIED"), violation of the duty of good faith and fair dealing, detrimental reliance, wrongful termination, and tortious interference.  The second action, Civil Action No. 04-11892-NG, involved Kevin Hurley's similar claims against RLRDC, Peck, and Williams.  By Order dated August 3, 2005, the two actions were consolidated.

RLRDC, Peck, and Williams filed a motion seeking dismissal for lack of personal jurisdiction, improper venue, and failure to state a claim.  Following a hearing held on November 28, 2005, the Court issued an Order granting in part and denying in part the motion to dismiss.  The only remaining claims are:  (1) Diane Hurley's breach of contract claim against RLRDC and/or RLVC; (2) Diane Hurley's IIED claim against RLRDC and/or RLVC; and (3) Kevin Hurley's breach of contract claim against RLRDC and/or RLVC.[1]

**IV.    THE PARTIES' POSITIONS**

The Hurleys contend that RLRDC and/or RLVC breached its contracts with them by failing to pay them amounts earned in consideration for services performed in the course of their employ.  Diane Hurley further contends that RLRDC and/or RLVC are liable to her for IIED based on the alleged inappropriate workplace behavior on the part of certain of their supervisory employees.  RLRDC and RLVC deny the Hurleys' allegations.

---

[1] RLVC was added as a party defendant on the Hurleys' motion and without objection at the November 28, 2005 hearing.

1111728.1

**V.    PROPOSED PRETRIAL SCHEDULE**

    1.    The parties agree that Initial Disclosures be completed on or before May 30, 2006.

    2.    Status Conference regarding discovery and deposition schedule if necessary.

    3.    Discovery, including interrogatories, requests for production of documents and depositions to be completed by November 30, 2006.

    4.    Status/pretrial conference November 15, 2006.

    5.    Expert designations filed by December 15, 2006.

    6.    Expert depositions be completed by April 30, 2007.

    7.    Dispositive motions filed by June 30, 2007.

    8.    Responses to dispositive motions filed by July 31, 2007.

    9.    The parties jointly request that the Court schedule oral argument on the motion(s) as soon as practicable after the motions are filed.

    10.    Final Pre-Trial Conference September 15, 2007.

    11.    Trial November 30, 2007.

**VI.    TRIAL BY MAGISTRATE JUDGE**

The parties do not consent to a trial by magistrate judge.

**VII.    CERTIFICATIONS**

The parties' Local Rule 16.1(D)(3) certifications will be filed separately by the parties.

1111728.1

Dated: April 21, 2006

        Respectfully submitted,

        /s/ Richard C. Chambers, Jr.
        _____
        Richard C. Chambers, Jr., BBO# 651251
        CHAMBERS LAW OFFICES
        855R Broadway, Suite 101
        Saugus, MA 01906
        Tel: (781) 231-9432
        richard@chamberslawoffice.com

        /s/ Paul L. Kenny
        _____
        Paul L. Kenny, BBO# 268820
        42 High Street
        Medford, MA 02155
        Tel: (781) 396-6603
        mma63@msn.com

        Attorneys for Plaintiff

        /s/ Roy T. Pierce
        _____
        Roy T. Pierce, BBO# 562811
        PRETI, FLAHERTY, BELIVEAU,
        PACHIOS & HALEY, LLP
        One City Center
        P.O. Box 9546
        Portland, ME 04112-9546
        Tel: (207) 791-3000
        Fax: (207) 791-3111
        rpierce@preti.com

        Attorney for Defendants

4

1111728.1