UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DIANE HURLEY, et al., | ) |
| Plaintiff, | ) |
| v. | ) C.A. NO. 04-11891-RCL |
| RANGELEY LAKE RESORT DEVELOPMENT CO., LLC, et al., | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please take notice that Gregory T. Donoghue hereby enters his appearance on behalf of Defendants, Rangeley Lake Resort Development Co., LLC, et al, in this matter.

Respectfully submitted,

RANGELEY LAKE RESORT
DEVELOPMENT CO., LLC, ET AL

By their attorney,

 /s/ Gregory T. Donoghue
Gregory T. Donoghue (BBO#661480)
PRETI, FLAHERTY, BELIVEAU,
PACHIOS & HALEY, LLP
10 High Street, Suite 502
Boston, MA  02110
(617) 226-3820
fax (617) 226-3801

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date a true copy of the above document was served upon counsel of record via pre-paid First Class, United States Mail.

Dated: April 24, 2006                    /s/ Gregory T. Donoghue