UNITED STATES DISTRICT COURT
District of Massachusetts

| | |
|---|---|
| **DIANE HURLEY, KEVIN HURLEY**<br>Plaintiffs,<br><br>v.<br><br>**RANGELEY LAKE RESORT**<br>**DEVELOPMENT CO., LLC, et al.,**<br>Defendants. | )<br>)<br>)<br>)<br>)   C.A. NO.  04-11891-RCL<br>)<br>)<br>)<br>) |

### PLAINTIFFS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1, Plaintiffs and their counsel certify that they have conferred:

(a) With a view to establishing a budget for the costs of conducting the full course—and various alternative courses – for the litigation; and

(b) To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                                                         RESPECTFULLY SUBMITTED,
                                                                         Plaintiffs' Counsel

**Dated:** April 24, 2006                   /s/ Richard C. Chambers, Jr._____
                                                                       Richard C. Chambers, Jr., Esquire
                                                                       BBO#651251
                                                                       Chambers Law Offices
                                                                       855R Broadway, Suite 101
                                                                       Saugus, MA 01906
                                                                       Tel: (781) 231-9432

                                                                       -and-

**Dated:** April 24, 2006                   /s/ Paul L. Kenny_____
                                                                       Paul L. Kenny, Esquire
                                                                       BBO# 268820
                                                                       42 High Street
                                                                       Medford, MA 02155
                                                                       Tel: (781) 393-6603

                                                              Plaintiff DIANE HURLEY

**Dated:** April 24, 2006                                               __/s/ Diane Hurley_____


                                                              Plaintiff KEVIN HURLEY

**Dated:** April 24, 2006                                               __/s/ Kevin Hurley_____


## CERTIFICATE OF SERVICE

     I, Richard C. Chambers, Jr., counsel for the Plaintiffs, hereby certify that on April 24, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the Defendants' counsel as follows:

                              Roy Pierce, Esquire
                              rpierce@preti.com

                          Gregory T. Donoghue, Esquire
                             gdonoghue@preti.com

     I have also sent a courtesy copy of this filing via first class mail, postage prepaid to said counsel as follows:

| | |
|---|---|
| Roy Pierce, Esquire | Gregory T. Donoghue, Esquire |
| Preti, Flaherty, Beliveau, | Preti, Flaherty, Beliveau, |
| Pachios & Haley, LLP | Pachios & Haley, LLP |
| One City Center | 10 High Street, Suite 502 |
| Post Office Box 9546 | Boston, MA 02110 |
| Portland, ME 04112-9546 | |


**Dated:** April 24, 2006                                                   _/s/ Richard C. Chambers, Jr.___
                                                                             Richard C. Chambers, Jr.
                                                                              BBO#651251
                                                                              Chambers Law Offices
                                                                              855R Broadway, Suite 101
                                                                              Saugus, MA 01906
                                                                              Tel: (781) 231-9432