# UNITED STATES DISTRICT COURT
## District of Massachusetts

| | |
|---|---|
| **DIANE HURLEY & KEVIN HURLEY** )<br>　　Plaintiffs　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>**RANGELEY LAKE RESORT**　　　　　　)<br>**DEVELOPMENT CO., LLC, et al.,**　　　)<br>　　Defendants　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　) | **CIVIL ACTION NO. 04-11891-RCL** |

### ASSENTED TO MOTION TO EXTEND SCHEDULING DEADLINES

　　NOW COMES the Plaintiffs, Diane Hurley and Kevin Hurley, with the assent of the Defendants, in the above captioned matter and hereby moves this Honorable Court for an Order extending the previous scheduling deadlines to the following schedule: Fact Discovery due by January 30, 2007; Expert disclosures due by February 15, 2007; Discovery to be completed by March 31, 2007; Motions due by April 15, 2007; and Responses to Motions due by May 15, 2007.

　　As grounds and reasons therefore, the Plaintiffs state:

　　1.　　The Plaintiffs' counsel Richard C. Chambers, Jr. ("Attorney Chambers") was involved in a car accident on June 7, 2006.

　　2.　　Subsequently, on July 23, 2006, Attorney Chambers suffered a devastating and catastrophic house fire, which destroyed his garage and house as well as the personal belongings and materials inside, including the damage from the water and smoke.

　　3.　　As a result of the fire Attorney Chambers and his family were left homeless and were living in a hotel from July through September 2006. Since that time Attorney Chambers has

moved into temporary housing with his family for however long it takes to rebuild his home.

    4.    As a result of the fire, Attorney Chambers had to participate in meetings and interviews with the Fire Department, Fire Marshals, State Police, and insurance companies for quite some time. This is in addition to attempting to replace all the material possessions (including clothing) that he and his family lost in the fire.

    5.    Due to this, Attorney Chambers was out of work and worked intermittently for several months. Attorney Kenny, co-counsel in this matter, and others, assisted in continuing and coordinating proper advancing of the legal matters in which Attorney Chambers was/is counsel.

    6.    As a result of the foregoing, counsel was unable to properly advance the discovery and other aspects of the instant matter.

    7.    The Defendants in this matter, through counsel, have assented to this request to extend the scheduling deadlines.

    8.    In addition to the foregoing, the parties have explored, and may continue to explore settlement of this matter.

    9.    Allowance of this motion will preserve the interests of justice as well as take into account the fairness of proceedings in light of all salient facts.

    10.    The Plaintiffs, through counsel, assert that the foregoing represents good and sufficient cause to extend the scheduling deadlines, in accordance with Local Rule 40.3, et seq.

RESPECTFULLY SUBMITTED,
By their attorneys,

**Dated:** November 21, 2006                ____/s/ Richard C. Chambers, Jr._____
Richard C. Chambers, Jr.
BBO#651251
CHAMBERS · FULGIONE, P.C.
855R Broadway, Suite 101
Saugus, MA 01906
Tel: (781) 231-9432

*ASSENTED TO:*
The Defendants
Rangeley Lake Resort Development Co., LLC.,
By their attorney,

___/s/ Gregory T. Donoghue_____        **Dated:** November 21, 2006
Gregory T. Donoghue, Esquire
PRETI, FLAHERTY, BELIVEAU,
PACHIOS & HALEY, LLP
10 High Street, Suite 502
Boston, MA 02110
Tel: (617) 226-3820

## LOCAL RULE 7.1 CERTIFICATION

I, Richard C. Chambers, Jr., co-counsel for the Plaintiffs, hereby certify that the Plaintiffs have conferred with the Defendants in good faith to resolve or narrow the issue this motion presents, which is evidenced by their assent hereto.

**Dated:** November 21, 2006                         _____/s/ Richard C. Chambers, Jr._____
                                                    Richard C. Chambers, Jr., Esquire

## CERTIFICATION OF SERVICE

I, Richard C. Chambers, Jr., Esquire, co-counsel for the Plaintiffs, in the above captioned matter, hereby certify that a true copy of the above document was served upon Gregory T. Donoghue, Esquire, and Roy T. Pierce, Esquire of Preti Flaherty, the counsel of record for the Defendants in this matter via electronic mail and via first class mail, postage prepaid.

**Dated:** November 21, 2006                         _____/s/ Richard C. Chambers, Jr._____
                                                    Richard C. Chambers, Jr., Esquire