## UNITED STATES DISTRICT COURT
### District of Massachusetts

| | |
|---|---|
| **DIANE HURLEY & KEVIN HURLEY** ) <br>     Plaintiffs ) <br> ) <br> v. ) <br> ) <br> **RANGELEY LAKE RESORT** ) <br> **DEVELOPMENT CO., LLC, et al.,** ) <br>     Defendants ) <br> ) | **CIVIL ACTION NO. 04-11891-RCL** |

### ASSENTED TO MOTION TO EXTEND SCHEDULING DEADLINES

NOW COMES the Plaintiffs, Diane Hurley and Kevin Hurley, with the assent of the Defendants, in the above captioned matter and hereby moves this Honorable Court for an Order extending the previous scheduling deadlines for a short time to the following schedule: Fact Discovery due by March 2, 2007; Expert disclosures due by April 16, 2007; Discovery to be completed by May 30, 2007; Motions due by June 15, 2007; and Responses to Motions due by July 16, 2007.

As grounds and reasons therefore, the Plaintiffs state:

1.    The Plaintiffs suffered a death in their close family, and have been attending family events including the internment services.

2.    As a result the Plaintiffs have been unable to attend the previously noticed depositions or complete discovery responses and propound other necessary requests.

3.    The parties require a small amount of additional time to conduct the depositions, answer and propound any outstanding discovery and resolve fact discovery matters due to the death in their family.

4.   In addition to the foregoing, as stated in the previous motion, matters were somewhat delayed initially due to the devastating house fire Attorney Chambers suffered over the summer, displacing his family and advancing many of his matters. The parties have participated in the process and simple wish to deal with wrapping up discovery appropriately for this Honorable Court.

5.   This motion is advanced in the best interests of judicial economy, as failing an extension the parties may need to file additional motions to compel, for protective orders, and take any other related actions.

6.   The Defendants in this matter, through counsel, have assented to this request to extend the scheduling deadlines.

7.   In addition to the foregoing, the parties have explored, and may continue to explore settlement of this matter.

8.   Allowance of this motion will preserve the interests of justice as well as take into account the fairness of proceedings in light of all salient facts.

9.   The Plaintiffs, through counsel, assert that the foregoing represents good and sufficient cause to extend the scheduling deadlines, in accordance with Local Rule 40.3, et seq.

RESPECTFULLY SUBMITTED,
By their attorneys,

**Dated:** January 18, 2007           ____/s/ Richard C. Chambers, Jr._____
Richard C. Chambers, Jr.
BBO#651251
CHAMBERS LAW OFFICES
855R Broadway, Suite 101
Saugus, MA 01906
Tel: (781) 231-9432

*ASSENTED TO:*
The Defendants
Rangeley Lake Resort Development Co., LLC.,
By their attorney,

| | |
|---|---|
| ___/s/ Gregory T. Donoghue_____ | **Dated:** January 18, 2007 |

Gregory T. Donoghue, Esquire
PRETI, FLAHERTY, BELIVEAU,
PACHIOS & HALEY, LLP
10 High Street, Suite 502
Boston, MA 02110
Tel: (617) 226-3820

## LOCAL RULE 7.1 CERTIFICATION

I, Richard C. Chambers, Jr., co-counsel for the Plaintiffs, hereby certify that the Plaintiffs have conferred with the Defendants in good faith to resolve or narrow the issue this motion presents, which is evidenced by their assent hereto.

| | |
|---|---|
| **Dated:** January 18, 2007 | _____/s/ Richard C. Chambers, Jr._____ |
| | Richard C. Chambers, Jr., Esquire |

## CERTIFICATION OF SERVICE

I, Richard C. Chambers, Jr., Esquire, co-counsel for the Plaintiffs, in the above captioned matter, hereby certify that a true copy of the above document was served upon Gregory T. Donoghue, Esquire, and Roy T. Pierce, Esquire of Preti Flaherty, the counsel of record for the Defendants in this matter via electronic mail and via first class mail, postage prepaid.

| | |
|---|---|
| **Dated:** January 18, 2007 | _____/s/ Richard C. Chambers, Jr._____ |
| | Richard C. Chambers, Jr., Esquire |