UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANE HURLEY, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. NO. 04-11891-RCL |
| ) | |
| RANGELEY LAKE RESORT ) | |
| DEVELOPMENT CO., LLC, et al., ) | |
| ) | |
| Defendants. ) | |

**ASSENTED TO MOTION TO EXTEND FACT DISCOVERY DEADLINE**

NOW COMES the Plaintiffs, Diane Hurley and Kevin Hurley, with the assent of the Defendants, in the above captioned matter and hereby move this Honorable Court for an Order extending the previous scheduling deadlines to the following schedule: Fact Discovery to be completed by March 30, 2007, and all other deadlines to remain the same.

As grounds and reasons therefore, the Plaintiffs state:

1.	Co-counsel for the Plaintiffs, Richard Chambers, suffered a devastating house fire in July of 2006, which left him and his family homeless. His necessary attention to his familial needs during that period prevented his active involvement in the discovery process.

2.	Unfortunately, after Attorney Chambers was able to return to an active practice, the Plaintiffs suffered two deaths in their family during the recent months.

3.	Family matters have therefore precluded the Plaintiffs' active participation in the discovery process to date.

4.   Counsel for Defendants, Gregory Donoghue, assents to this motion in light Plaintiffs inability to provide answers to interrogatories and responsive documents before their depositions, which were scheduled for February 19, 2007.

5.   Counsel for all parties seeks this brief extension to provide Plaintiffs ample time to respond to Defendants paper discovery request before their depositions.

RESPECTFULLY SUBMITTED  
Diane and Kevin Hurley  
By their attorneys  

/s/Paul L. Kenny  
Paul L. Kenny (BBO#268820)  
42 High Street  
Medford, MA 02155  
Tel: 781-393-6603

ASSENTED TO:
The Defendants
Rangeley Lake Resort Development Co. LLC.,
By its attorneys,

 /s/ Gregory T. Donoghue
Roy T. Pierce (BBO#562811)
Gregory T. Donoghue (BBO#661480)
Attorneys for Defendants
PRETI FLAHERTY BELIVEAU & PACHIOS LLP
10 High Street, Suite 502
Boston, MA  02110
(617) 226-3800
fax (617) 226-3801

## LOCAL RULE 7.1 CERTIFICATION

I, Paul L. Kenny, co-counsel for the Plaintiffs, hereby certify that the Plaintiffs have conferred with the Defendants in good faith to resolve or narrow the issue this motion presents, which is evidenced by their assent hereto.

**Dated:** February 16, 2007                                        /s/ Paul L. Kenny
                                                                                         Paul L. Kenny

## CERTIFICATION OF SERVICE

    I, Paul L. Kenny, co-counsel for the Plaintiffs, in the above captioned matter, hereby certify that a true copy of the above document was served upon Gregory T. Donoghue, Esq. and Roy T. Pierce, Esq. of Preti Flaherty, the counsel of record for the Defendants in this matter via electronic mail.

**Dated:** February 16, 2007                        /s/ Paul L. Kenny
                                                                                    Paul L. Kenny