UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DIANE HURLEY, et al., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. NO. 04-11891-RCL |
| RANGELEY LAKE RESORT DEVELOPMENT CO., LLC, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF WITHDRAWAL

PLEASE ENTER the withdrawal of my appearance as co-counsel herein for the Plaintiffs Diane Hurley and Kevin Hurley, in accordance with Local Rule 83.5.2(c), et seq.

This notice is made with the knowledge and understanding that the Plaintiffs are represented by co-counsel, Richard C. Chambers, Jr., and will continue to be represented by Attorney Chambers.

There are no pending motions, no trial date is scheduled, no hearings or conferences are scheduled, and no reports (oral or written) are due.

I certify that I have served notice of withdrawal upon the clients and all other parties in this matter, as indicated on the Certificate of Service hereto.

RESPECTFULLY SUBMITTED

**Dated:** March 1, 2007

/s/ Paul L. Kenny
Paul L. Kenny (BBO#268820)
42 High Street
Medford, MA 02155
Tel: 781-393-6603

## CERTIFICATION OF SERVICE

  I, Paul L. Kenny, hereby certify that a true copy of the above document was served upon the Plaintiffs, Diane Hurley and Kevin Hurley, via first class mail, postage prepaid to: 106 Hawthorne Way, North Andover, Massachusetts 01843 and to Gregory T. Donoghue, Esq. and Roy T. Pierce, Esq. of Preti Flaherty, the counsel of record for the Defendants in this matter, via electronic mail.

**Dated:** March 1, 2007             /s/ Paul L. Kenny
                       Paul L. Kenny