## UNITED STATES DISTRICT COURT
### District of Massachusetts

| | |
|---|---|
| **DIANE HURLEY & KEVIN HURLEY** )<br>     Plaintiffs )<br>  )<br>v. )<br>  )<br>**RANGELEY LAKE RESORT** )<br>**DEVELOPMENT CO., LLC, et al.,** )<br>     Defendants )<br>  ) | CIVIL ACTION NO. 04-11891-RCL |

### STIPULATION OF DISMISSAL

NOW COME the parties, Plaintiffs Diane Hurley and Kevin Hurley, and Defendant Rangeley Lake Resort Development Co., LLC., and pursuant to Local Rule 68.2, et seq., hereby stipulate that this matter be dismissed, with prejudice, and with all parties assuming their own costs.

As grounds and reasons therefore, the parties state that they have reached settlement of this matter.

RESPECTFULLY SUBMITTED,

| Plaintiffs | Defendant |
|---|---|
| Diane Hurley and Kevin Hurley | Rangeley Lake Resort Development Co LLC |
| By their attorneys, | By its attorneys, |
| ____/s/ Richard C. Chambers, Jr._____ | ___/s/ Gregory T. Donoghue_____ |
| Richard C. Chambers, Jr. | Gregory T. Donoghue, Esquire |
| CHAMBERS & BOOTH | PRETI, FLAHERTY, BELIVEAU, |
| 855R Broadway | PACHIOS & HALEY, LLP |
| Saugus, MA 01906 | 10 High Street, Suite 502 |
| Tel: (781) 231-9432 | Boston, MA 02110 |
| | Tel: (617) 226-3820 |

**Dated by the parties:** May 24, 2007

## **CERTIFICATION OF SERVICE**

    I, Richard C. Chambers, Jr., Esquire, counsel for the Plaintiffs, and as counsel filing the foregoing document on behalf of the parties, hereby certify that a true copy of the above document was served upon Gregory T. Donoghue, Esquire, and Roy T. Pierce, Esquire of Preti Flaherty, the counsel of record for the Defendants in this matter via electronic mail and via first class mail, postage prepaid.

**Dated:** May 24, 2007                                           _____/s/ Richard C. Chambers, Jr._____
                                                                                Richard C. Chambers, Jr., Esquire